# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3044
_____

COREY THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

July 17, 2018


PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Corey Thomas, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.